AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Brandon Scott PEERY

Defendant

)
)
)
)
)
)
)

Case: 1:23-mj-00110
Assigned to: Judge Meriweather, Robin M.
Assign Date: 5/24/2023
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) __Brandon Scott PEERY__,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) Disorderly or Disruptive Conduct in a Capitol Building or Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 05/25/2023

Issuing officer's signature
2023.05.25 13:09:21 -04'00'

City and state: Washington, D.C.

ROBIN M. MERIWEATHER, U.S. Magistrate Judge
Printed name and title

### Return

This warrant was received on (date) 5/25/23, and the person was arrested on (date) 5/26/23
at (city and state) Tampa, FL.

Date: 5/26/23

Arresting officer's signature

SA Timothy D. Taylor
Printed name and title